**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JOSE S.,

                Plaintiff,                24 **CIVIL** 3667 (OTW)

    -against-                **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated September 24, 2025, Plaintiff's motion for judgment on the pleadings is GRANTED and this case is REMANDED for further proceedings consistent with this Court's Opinion and Order; accordingly, this case is closed.

**Dated:** New York, New York

    September 25, 2025

                                                      **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                               **BY:**

                                                         **Deputy Clerk**